1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   1023 H Street, Suite B5
3  Sacramento, CA 95814
   Telephone: (916) 448-8600
4  Facsimile: (916) 448-8605

5  Attorneys for Plaintiff

6
7
8                       IN THE UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10
11 **JOHN E. JOHNSON**            )   CASE NO. CIV-07-1200 CMK
                                  )
12                                )   **STIPULATION AND ORDER**
           **Plaintiff,**         )   **EXTENDING PLAINTIFF'S TIME TO**
13                                )   **FILE MEMORANDUM IN SUPPORT**
   v.                             )   **OF SUMMARY JUDGMENT**
14                                )
   **MICHAEL J. ASTRUE**          )
15 **Commissioner of Social Security** )
   **of the United States of America,** )
16                                )
           **Defendant.**          )
17                                )
                                  )
18

19      IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the

20 permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in

21 this case is hereby extended from February 15, 2008 to February 19, 2008.   This extension is required

22 due to plaintiff's counsel's very heavy briefing schedule.

23
24
25 / / / /
26 / / / /
27 / / / /
28

                                        1

| | |
|---|---|
| Dated: February 14, 2007 | */s/Bess M. Brewer* <br> BESS M. BREWER <br> Attorney at Law |
| | Attorney for Plaintiff |
| Dated: February 15, 2007 | McGregor W. Scott <br> United States Attorney |
| | /s/ Elizabeth Firer <br> ELIZABETH FIRER <br> Special Assistant U.S. Attorney <br> Social Security Administration |
| | Attorney for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

DATED: February 19, 2008

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE