1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8943
      Facsimile:  (415) 744-0134
7     E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

9                  UNITED STATES DISTRICT COURT

10                 EASTERN DISTRICT OF CALIFORNIA

11                     **SACRAMENTO DIVISION**

| | |
|---|---|
| JOHN E. JOHNSON, | CIVIL NO. 2:07-CV-01200-CMK |
|    Plaintiff, | |
|       v. | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
|    Defendant. | |

     The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days, up to and including April 23, 2008, to respond to Plaintiff's motion for summary judgment.  This request is due to an extremely heavy work load occasioned, in part, by staffing shortages in the Commissioner's regional office.

     The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

///

///

///

| | | |
|---|---|---|
| | | Respectfully submitted, |
| Dated: March 24, 2008 | | /s/ *Bess Brewer* <br> (As authorized via email) <br> BESS BREWER <br> Attorney for Plaintiff |
| Dated: March 24, 2008 | | McGREGOR W. SCOTT <br> United States Attorney <br> LUCILLE GONZALES MEIS <br> Regional Chief Counsel, Region IX <br> Social Security Administration |
| | | /s/ *Elizabeth Firer* <br> ELIZABETH FIRER <br> Special Assistant U.S. Attorney |
| | | Attorneys for Defendant |

ORDER

APPROVED AND SO ORDERED.

DATED: March 26, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE