IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John E. Johnson, | No. CIV S-07-1200-CMK |
| Plaintiff, | |
| vs. | <u>Order to Show Cause</u> |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

    Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On June 28, 2007, the court issued a scheduling order which required defendant to file an opposition to a motion for summary judgment within 30 days from service of plaintiff's motion. A review of the docket reflects that plaintiff's motion for summary judgment was filed on February 20, 2008. The parties then entered into a stipulation extending defendant's time to respond to plaintiff's motion, which was approved by the court, on March 27, 2008. This stipulation and order gave defendant until April 23, 2008 to file a response. To date, the court has not received any response from defendant.

/ / /

Defendant will be required to show cause why no response has been filed. Failure to respond to this order may result in the imposition of sanctions as the court deems appropriate. See Local Rule 11-110. <u>The filing of a response to plaintiff's motion, within the time provided herein, will constitute an adequate response to this order to show cause.</u> Defendant is cautioned that failure to file a response within the time provided herein may be considered a waiver of any opposition to the grant of plaintiff's motion for summary judgment.

Accordingly, IT IS HEREBY ORDERED that defendant shall show cause in writing, within 20 days of the date of service of this order, why a response to plaintiff's motion for summary judgment has not been filed.

DATED: May 22, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE