IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

John E. Johnson,                                    No. CIV S-07-1200-CMK

      Plaintiff,

  vs.                                              ORDER

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

           Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On May 23, 2008, the court issued an order to show cause requiring the defendant to show cause why a response to plaintiff's motion for summary judgment had not been filed.  Defendant filed a response and a cross-motion for summary judgment on June 12, 2008.

           Good cause appearing, IT IS HEREBY ORDERED that the May 23, 2008 order to show cause is discharged.

DATED: July 9, 2008

                                                                         **CRAIG M. KELLISON**
                                                                         UNITED STATES MAGISTRATE JUDGE